IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK A. HOLSOMBACH
ADC#134723                                                                                    PETITIONER

v.                        Case No. 5:15-cv-310 KGB/JTK

WENDY KELLEY, Director
Arkansas Department of Correction                                                  RESPONDENT

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 22). Petitioner Mark A. Holsombach filed objections (Dkt. Nos. 23, 24, 25). After careful review of the Proposed Findings and Recommendations and all of Mr. Holsombach's objections thereto, as well as a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly. All pending motions are denied as moot (Dkt. No. 21).

It is therefore ordered that Mr. Holsombach's Amended Petition for Writ of Habeas Corpus is dismissed with prejudice and the requested relief is denied (Dkt. No. 10). A certificate of appealability is denied.

So ordered this 1st day of December, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge