IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARK A. HOLSOMBACH**
**ADC#134723**                                                                                           **PETITIONER**

**v.**                    **Case No. 5:15-cv-310 KGB/JTK**

**WENDY KELLEY, Director**
**Arkansas Department of Correction**                                            **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed with prejudice.

Dated this 1st day of December, 2016.

_____
Kristine G. Baker
United States District Judge